THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER (CSB 107014)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3532
Facsimile: (714) 338-3523
E-mail: marcus.kerner@usdoj.gov

JS-6

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SARA MAE NELSON, <br> Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | No. SA CV-07-973 AN <br> **JUDGMENT OF REMAND** <br> **Court:  Hon. Arthur Nakazato** <br> **U.S. Magistrate Judge** |

The Court having received and approved the Stipulation for Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED:  January 29, 2008

/ s /    ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS. P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Marcus M. Kerner
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant

2